No. 460. LYDERS v. PETERSEN ET AL. February 18, 1935. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, Division 1, of California, denied. *Messrs. James F. Brennan* and *Harold M. Sawyer* for petitioner. *Mr. Herbert W. Clark* for respondents.

No. 633. CONSOLIDATED TITLE SECURITIES Co. v. HOPKINS, COUNTY ASSESSOR. February 18, 1935. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Oliver P. Morton* for petitioner. *Mr. Everett W. Mattoon* for respondent.

No. 636. JONES v. COMMISSIONER OF INTERNAL REVENUE. February 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank Y. Gladney* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 638. KENDRICK COAL & DOCK Co. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. February 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Stanley B. Houck* and *W. Yale Smiley* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *S. Dee Hanson* for respondent.

No. 651. ZICCARDI v. TRAVELERS INSURANCE Co. ET AL. February 18, 1935. Petition for writ of certiorari to the Superior Court of Suffolk County, Massachusetts, denied.